UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA MERCADO,<br>Petitioner<br>v.<br>DEBORAH K. JOHNSON,<br>Respondent. | Case No. CV 14-8089-JAK (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: May 30, 2017

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE